IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-265-BO

| | |
|---|---|
| IN RE: ASSETS OF DAVID R. GODWIN; )<br>DAVID R. GODWIN, JR.; BONNIE )<br>CREECH GODWIN; TRACEY ELEANOR )<br>GODWIN; BONNIE MAC, LLC; BON-RIC, )<br>LLP; GLENNIE REA, INC.; GODWIN, )<br>LLP; DAVID R. GODWIN REVOCABLE )<br>TRUST; HIGHWAY 39 #6217, LP; )<br>NORTH EIGHTH #515, LP; RGB, INC.; )<br>WOMEN AT WORK, LLC; DR GODWIN )<br>FARMS; QUARTERMAN PROPERTIES, LLC; )<br>TEN-SEVEN VENTURES, LLC; GHG, LLP; )<br>BON-RIC'S, INC.; FK & ASSOCIATES, )<br>LLC; GODWIN AND BARNES, A NORTH )<br>CAROLINA GENERAL PARTNERSHIP; F & )<br>H PARTNERSHIP; GODWIN MUSIC; )<br>GODWIN AMUSEMENT(S); RALEIGH )<br>AMUSEMENT(S); RALEIGH AMUSEMENT(S) )<br>COMPANY; DR FARMS; AND WHR/DRG. ) | **UNDER SEAL** |

## TEMPORARY RESTRAINING ORDER

This matter is before this Court on the ex parte Motion of the United States of America for entry of a Temporary Restraining Order pursuant to 21 U.S.C. § 853(e)(2), as made applicable by 28 U.S.C. § 2461(c), which provides courts with jurisdiction to enter temporary restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture for a period of 14 days.

It appearing to the Court that the information provided under seal by the Government establishes probable cause for a belief that the assets of the individuals and entities listed in the caption of this Order are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & 1955(d), as made applicable by 28 U.S.C. § 2461(c), being either directly forfeitable or substitute assets under 21 U.S.C. § 853(p), and it further appearing that the giving of prior notice by the Government of these proceedings would have, given the highly liquid nature of the personal property of which restraint is sought, potentially jeopardized the availability of the property for forfeiture, it is, therefore:

**ORDERED AND DECREED:**

That effective immediately, DAVID R. GODWIN, DAVID R. GODWIN, JR., BONNIE CREECH GODWIN, and TRACEY ELEANOR GODWIN, as well as the business entities known as BONNIE MAC, LLC, BON-RIC, LLP, GLENNIE REA, INC., GODWIN, LLP, DAVID R. GODWIN REVOCABLE TRUST, HIGHWAY 39 #6217, LP, NORTH EIGHTH #515, LP, RGB, INC., WOMEN AT WORK, LLC, DR GODWIN FARMS, QUARTERMAN PROPERTIES, LLC, TEN-SEVEN VENTURES, LLC, GHG, LLP, BON-RIC'S, INC., FK & ASSOCIATES, LLC, GODWIN AND BARNES, A NORTH CAROLINA GENERAL PARTNERSHIP, F & H PARTNERSHIP, GODWIN MUSIC, GODWIN AMUSEMENT(S), RALEIGH AMUSEMENT(S), RALEIGH AMUSEMENT(S) COMPANY, DR FARMS, and WHR/DRG, their respective agents, servants, employees, attorneys, family members, and those persons in active concert or participation with them, and any person or entity who has

received or is holding personal property for them (hereafter collectively, "the parties"), including bank accounts with a balance of $1,000.00 or more, be and are hereby **RESTRAINED, ENJOINED, AND PROHIBITED**, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability, or value of said property, tangible or intangible, including, but not limited to, spending, selling, transferring, assigning, encumbering, or otherwise attempting or completing any action that would affect or diminish the marketability or value of any personal property, assets, or interests of any type or kind of the parties, with a value or equity of up to $20,598,018.00 (such value being inclusive of all property restrained or otherwise seized by the United States), including, but not limited to, the property listed in Exhibits A and B to this Order.

IT IS FURTHER ORDERED that, in the event that the parties, or any third party holding or controlling property for the parties, desires to transfer, convey, liquidate, or encumber any such property, and, if the United States consents to such transfer, the transfer may be made upon condition that all sale proceeds shall be placed in escrow in an account(s) approved by counsel for the United States. In the event that forfeiture is ultimately ordered, any funds received from the sale of property for the actual property forfeited shall be substituted for the actual property, and such funds shall also

be available to satisfy an order forfeiting substitute assets pursuant to 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED that, if any of the above-described property has been transferred or disposed of by any means (except for property seized by, or transferred or relinquished to the United States), the parties, or any person involved in the transfer or disposition of such property for or on behalf of the parties, shall account to the Court and the United States for the disposition and location of the property. Further, this Restraining Order applies with equal force and effect to restrain the transfer or disposition of the proceeds from said property.

IT IS FURTHER ORDERED that any financial institution holding accounts subject to this Order shall freeze only accounts with balances of $1,000.00 or more.

IT IS FURTHER ORDERED that any financial institutions holding any accounts subject to this Order shall take no offsets against such accounts. They shall continue to credit any deposits, interest, dividends, or other credits to such accounts in the normal course of business, and such deposits, interest, dividends, and other credits shall be subject to this Order. In addition, upon receiving notice of this Order, each financial institution shall promptly inform the Government as to the account balances at the time of notice, and shall thereafter supplement such information by reporting to the government any changes on the accounts, and by

responding promptly to requests by the government for information on the account's current status and records. Any financial institution having a lien on any property listed in this Order shall likewise provide to the United States Attorney's Office information regarding payments and the balance on loans secured by property listed in this Order.

IT IS FURTHER ORDERED that by May, 23, 2014, the parties create and provide the United States' Attorney's Office with an inventory of all property restrained that is not located at RGB, Inc.'s business locations at 6217 NC Hwy 39 North, Selma NC 27576 and 315-D US Highway 70, Garner, NC 27529; Godwin Jr.'s residence at 460 Batten Pond Road, Selma, NC 27576; and Godwin Sr.'s residence at 778 Napoleon Road, Selma, NC 27576 on the days these premises are searched between May 5, 2014 and May 19, 2014 and of all property on those premises that is concealed and not discovered by the searches conducted between May 5, 2014 and May 19, 2014.

IT IS FURTHER ORDERED that by May 23, 2014 the parties identify all accounts receivables by providing the name, address, and telephone number of the payer, along the nature and total amount of the obligation, providing a copy of any written agreement, if any, which memorializes the debt.

IT IS FURTHER ORDERED that the United States, or the subjects of this Order, may seek modifications of this Order if it is deemed necessary by them to preserve their interest in the subject property,

provided that the United States Marshal's Service, in its sole discretion, may release any property from this restraint which it determines has a value of less than $5000.00.

IT IS FURTHER ORDERED that the terms of this Restraining Order shall remain in full force and effect until 14 days of its entry unless extended by order of the Court.

A copy of the Government's Ex Parte Motion and Memorandum in Support of Pre-Indictment Temporary Restraining Order and 25 certified copies of this Temporary Restraining Order shall be provided to the U.S. Attorney's Office. The United States Marshal shall serve the Order on all parties which may be affected by it, making prompt return of same to the Court.

SO ORDERED this __6__ day of May, 2014.

Terrence W. Boyle
UNITED STATES DISTRICT JUDGE

## VEHICLES REGISTERED TO RGB INC

| MAKE | MODEL | YEAR | VIN # |
|---|---|---|---|
| MITS | TRUCK | 1995 | JW6CEJ1G0SL000159 |
| UD | TRUCK | 1994 | JNAU4R1J6R500417 |
| FORD | SRW SUPER TRUCK | 1999 | 1FTNW21F8XEE62984 |
| GMC | MP | 2010 | 1GKLRMED0AJ176987 |
| FORD | TRANSIT CO VAN | 2010 | NM0LS6AN7AT027374 |
| CHEVROLET | ASTRO VAN | 2003 | 1GCDM19X23B140894 |
| FORD | TRANSIT CO VAN | 2011 | NM0LS7BN1BT048677 |
| CHEVROLET | ASTRO VAN | 2002 | 1GCDM19XX2B125011 |
| CHEVROLET | EXPRESS VAN | 2007 | 1GCFG15X771192376 |
| TRAI | TRAILER | 1991 | NCX759665 |
| FORD | LOW CAB TRUCK | 2006 | 3FRML55Z16V330049 |
| MITS | FE8 TRUCK | 2006 | JL6BBH1S16K009120 |
| CHEVROLET | ASTRO VAN | 2005 | 1GCDM19X45B114073 |
| FORD | TRANSIT CO VAN | 2010 | NM0LS7BNXAT039782 |
| FORD | LGT CONVTN TRUCK | 2011 | 1FTFW1E63BFA47969 |
| FORD | TRUCK | 1991 | 1FTHX25M1MKA70039 |
| CHEVROLET | ASTRO VAN | 2003 | 1GCDM19X63B140431 |
| CHEVROLET | ASTRO VAN | 1994 | 1GCDM15ZRB195352 |
| CHEVROLET | ASTRO VAN | 2000 | 1GCDM19W7YB219265 |
| CHEVROLET | ASTRO VAN | 2004 | 1GCDM19X54B107146 |
| FORD | TRANSIT CONNEC VAN | 2010 | NM0LS7BNXAT039782 |
| CHEVROLET | ASTRO VAN | 2002 | 1GCDM19X42B152382 |
| CHEVROLET | SILVERADO | 2007 | 3GCEK13Y07G539165 |
| CHEVROLET | ASTRO VAN | 2005 | 1GCDM19X75B114925 |
| CHEVROLET | ASTRO VAN | 1999 | 1GCDM19W1XB155643 |
| CHEVROLET | ASTRO VAN | 2003 | 1GCDM19X33B141021 |
| CHEVROLET | ASTRO VAN | 2005 | 1GCDM19X05B113213 |
| CHEVROLET | SILVERADO | 2000 | 1GCEC14W4YZ287917 |
| DODGE | VAN | 1990 | 2B7FK1137LR694585 |
| DODGE | CARAVAN | 1991 | 2B7FK1136MR287259 |
| EDGE | MOBILE HOME | 1989 | GAFLJ07A17849EW |
| FORD | VAN | 1994 | 1FTDA14U5RZA06113 |

## VEHICLES REGISTERED TO BONNIE CREECH GODWIN

| MAKE | MODEL | YEAR | VIN # |
|---|---|---|---|
| CHEVROLET | SILVERADO TRUCK | 2003 | 1GCEC14V23Z215839 |
| NISSAN | FRONTIER TRUCK | 2006 | 1N6AD07U16C401949 |
| TOYOTA | HIGHLANDER | 2007 | JTEDP21A070137882 |
| BRIG | MOBILE HOME | 1995 | B40716AB |
| NEWM | MOBILE HOME | 1995 | 13830737 |



## VEHICLES REGISTERED TO DAVID RICKY GODWIN SR

| HUDS | TRAILER | 1987 | 10HHTD2C1H1000013 |
|---|---|---|---|
| GMC | TRUCK | 1985 | 1GTK7D1F3FV511017 |
| CHEVROLET | GMT-400 TRUCK | 2000 | 1GBKC34J0YF453214 |
| FORD | AEROSTAR VAN | 1997 | 1FTDA14U2VZA74976 |
| MAGT | BOAT TRAILER | 2004 | 1M5BA262341E00565 |
| CHEVROLET | GMT-400 TRUCK | 1998 | 1GCEC14R7WZ149800 |
| CHEVROLET | SILVERADO TRUCK | 2005 | 1GCEK19B55Z293763 |
| LARK | TRAILER | 2007 | 5RTBE162X7D007824 |
| LOML | TRAILER | 2004 | 5L8TD182941000518 |
| ISUZU | TRUCK | 1981 | JAABL14S5B0703900 |

## VEHICLES REGISTERED TO DAVID RICKY GODWIN JR

| NISSAN | TRUCK | 1997 | 1N6SD16Y1VC315425 |
|---|---|---|---|
| JEEP | MP | 2001 | 1J4FA49S31P342161 |
| TRIT | TRAILER | 1997 | 4TCSM1118VH050148 |
| CHEVROLET | ASTRO VAN | 2002 | 1GCDM19X42B152382 |
| WESC | BOAT TRAILER | 2008 | 1W7B1181181001233 |
| TRIT | BOAT TRAILER | 2005 | 4TCSM11215HL26548 |
| OAKWOOD | MOBILE HOME | 1996 | HONC05525113 |
| TRIT | BOAT TRAILER | 2006 | 4TCSM11196HL22160 |

## VEHICLES REGISTERED TO TRACEY ELEANOR GODWIN

| JEEP | MP | 2001 | 1J4FA49S31P342161 |
|---|---|---|---|
| TRIT | BOAT TRAILER | 2005 | 4TCSM11215HL26548 |
| OAKWOOD | TRAILER | 1996 | HONC05525113 |
| TRIT | BOAT TRAILER | 2006 | 4TCSM11196HL22160 |

| Bank and Investment Accounts - Godwins and Companies | | |
|---|---|---|
| First Citizens - First Citizens Investment - Edward Jones - Four Oaks - KS Bank - Southern Bank | | |
| **Entity** | **Bank** | **Account #** |
| Bonnie Creech Godwin/William Creech | First Citizens Bank | #003339731328 |
| DR Godwin Farms | First Citizens Bank | #003339702500 |
| Bonnie Mac, LLC | First Citizens Bank | #003242542604 |
| RGB, Inc., Discrepancy Account | First Citizens Bank | #003242553357 |
| Bon-Ric, LLP | First Citizens Bank | #003332674662 |
| Women at Work, LLC | First Citizens Bank | #003332675470 |
| Bon-Ric, LLP | First Citizens Bank | #003343005659 |
| Bonnie Mac, LLC | First Citizens Bank | #003343005755 |
| RGB, Inc. | First Citizens Bank | #003332655780 |
| Bonnie Creech Godwin | First Citizens Bank | #003249471140 |
| Lexi Godwin/ David R. Godwin, Jr., Tracey Eleanor Godwin | First Citizens Bank | #003310189113 |
| Bonnie Creech Godwin / WAW | First Citizens Bank | #003339739780 |
| Bonnie Creech Godwin | First Citizens Bank | #003258069906 |
| David R. Godwin (David R. Godwin, Jr. POA) | First Citizens Investment Services | 4KV-283299 |
| Bonnie Creech Godwin | First Citizens Investment Services | 4KV-533693 |
| Bonnie Creech Godwin | First Citizens Investment Services | 4KV-283240 |
| Quarterman Properties, LLC / David R. Godwin & David R. Godwin, Jr. | Four Oaks Bank | #601931501 |
| David R. Godwin, Jr., Tracey Eleanor Godwin | Four Oaks Bank | #418392420 |
| RGB Trust #1 - C/O Eugene D. Jackson | Four Oaks Bank | #601072501 |
| David R. Godwin, Jr., Tracey Eleanor Godwin / Rental Income | Four Oaks Bank | #417874220 |
| David R. Godwin, Jr., Tracey Eleanor Godwin | Four Oaks Bank | #652635706 |
| 3 Little G's Savings / David R. Godwin & David R. Godwin, Jr. | Four Oaks Bank | #418796220 |
| Ten-Seven Ventures, LLC - Checking | Four Oaks Bank | #601756801 |
| David R. Godwin III, David R. Godwin, Jr., Tracey Eleanor Godwin | Four Oaks Bank | #417868820 |

GOVERNMENT EXHIBIT B

| David R. Godwin, Jr., WHG/DRG | Four Oaks Bank | #655019306 |
| --- | --- | --- |
| David R. Godwin DBA DR Farms | Four Oaks Bank | #601549201 |
| Ten-Seven Ventures, LLC - Draft Acct | Four Oaks Bank | #601759201 |
| Glennie Rea, Inc. | KS Bank | #0000000587 |
| North Eighth #515, LP | KS Bank | #0000078229 |
| David R. Godwin, David R. Godwin, Jr. | Southern Bank | #2607000089 |
| David R. Godwin, David R. Godwin, Jr., Bonnie Creech Godwin | Southern Bank | #2007067988 |
| Bonnie Creech Godwin | Edward Jones | 249-04216-1-3 |
| Bonnie Creech Godwin | Edward Jones | 249-07021-1-1 |
| Bonnie Creech Godwin C/F Tatum Abbygale Godwin | Edward Jones | 249-06232-1-8 |
| Bonnie Creech Godwin FBO Tatum Abbygale Godwin | Edward Jones | 249-10549-1-8 |
| Bonnie Creech Godwin FBO David Ricky Godwin III | Edward Jones | 249-10557-1-7 |
| Bonnie Creech Godwin C/F David Ricky Godwin III | Edward Jones | 249-07109-1-6 |
| Bonnie Creech Godwin C/F Tracey A Godwin | Edward Jones | 249-08135-1-2 |
| David R. Godwin | Edward Jones | 249-04217-1-2 |
| RGB, Inc. | Edward Jones | 249-07801-1-7 |
| David R. Godwin, Jr. | Edward Jones | 249-07802-1-6 |
| RGB, Inc. FBO David R. Godwin, Jr. Simple IRA | Edward Jones | 249-98103-1-1 |
| David R. Godwin et al | Wachovia Advisors | Various |