IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-265-BO

IN RE: ASSETS OF DAVID R. GODWIN; )
DAVID R. GODWIN, JR.; BONNIE )
CREECH GODWIN; TRACEY ELEANOR )
GODWIN; BONNIE MAC, LLC; BON-RIC, )
LLP; GLENNIE REA, INC.; GODWIN, )
LLP; DAVID R. GODWIN REVOCABLE )
TRUST; HIGHWAY 39 #6217, LP; )
NORTH EIGHTH #515, LP; RGB, INC.; )
WOMEN AT WORK, LLC; DR GODWIN ) **UNDER SEAL**
FARMS; QUARTERMAN PROPERTIES, LLC; )
TEN-SEVEN VENTURES, LLC; GHG, LLP; )
BON-RIC'S, INC.; FK & ASSOCIATES, )
LLC; GODWIN AND BARNES, A NORTH )
CAROLINA GENERAL PARTNERSHIP; F & )
H PARTNERSHIP; GODWIN MUSIC; )
GODWIN AMUSEMENT(S); RALEIGH )
AMUSEMENT(S); RALEIGH AMUSEMENT(S) )
COMPANY; DR FARMS; AND WHR/DRG. )

**ORDER SEALING GOVERNMENT'S EX PARTE MOTION AND
MEMORANDUM IN SUPPORT OF PRE-INDICTMENT TEMPORARY
RESTRAINING ORDER, RESTRAINING ORDER, ALL EXHIBITS
THERETO, AND RELATED CASE NOTICE**

Upon motion of the United States, for good cause shown, and

for the reasons and facts stated in the motion to seal it is

hereby

ORDERED that the above-referenced Government's Ex Parte

Motion and Memorandum in Support of Pre-Indictment Temporary

Restraining Order, Restraining Order, all exhibits thereto, and

Related Case Notice, the Motion to Seal, and this Order filed

1

therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Federal Bureau of Investigation upon request.

This the 6 day of May, 2014.

*Terrence W. Boyle*