RECEIVED
JUN 02 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-265-BO

IN RE: ASSETS OF DAVID R. GODWIN; )
DAVID R. GODWIN, JR.; BONNIE )
CREECH GODWIN; TRACEY ELEANOR )
GODWIN; BONNIE MAC, LLC; BON-RIC, )
LLP; GLENNIE REA, INC.; GODWIN, )
LLP; DAVID R. GODWIN REVOCABLE )
TRUST; HIGHWAY 39 #6217, LP; )
NORTH EIGHTH #515, LP; RGB, INC.; )
WOMEN AT WORK, LLC; DR GODWIN )
FARMS; QUARTERMAN PROPERTIES, LLC; )
TEN-SEVEN VENTURES, LLC; GHG, LLP; )
BON-RIC'S, INC.; FK & ASSOCIATES, )
LLC; GODWIN AND BARNES, A NORTH )
CAROLINA GENERAL PARTNERSHIP; F & )
H PARTNERSHIP; GODWIN MUSIC; )
GODWIN AMUSEMENT(S); RALEIGH )
AMUSEMENT(S); RALEIGH AMUSEMENT(S) )
COMPANY; DR FARMS; AND WHR/DRG. )

## INTERIM ORDER

This matter is before the Court on motion by the United States for a pre-indictment restraining order. In addition, the Government asks for other additional or interim relief. Having considered the Government's requests, it is,

ORDERED that this matter be unsealed, except that the Law Enforcement Declaration previously submitted shall remain under seal.

IT IS FURTHER ORDERED that the Temporary Restraining Order is continued until ~~the Motion for Pre-Indictment Restraining Order is ruled upon~~, thereby maintaining the status quo in the interim, except that property wholly owned by Bonnie Creech Godwin, Women at Work, *TWB*

→ *Thursday June 5, 2014 at 8 PM. Hearing in Raleigh at that time. TWB*

1

LLC, and Bonnie-Mac, LLC is no longer restrained.

IT IS FURTHER ORDERED that Bonnie Godwin, Women at Work, and Bonnie-Mac are removed from the case caption.

SO ORDERED this 3 day of June, 2014.

*Terrance Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE