IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-265-BO

IN RE: ASSETS OF DAVID R. GODWIN; )
DAVID R. GODWIN, JR.; BONNIE )
CREECH GODWIN; TRACEY ELEANOR )
GODWIN; BONNIE MAC, LLC; BON-RIC, )
LLP; GLENNIE REA, INC.; GODWIN, )
LLP; DAVID R. GODWIN REVOCABLE )
TRUST; HIGHWAY 39 #6217, LP; )
NORTH EIGHTH #515, LP; RGB, INC.; )
WOMEN AT WORK, LLC; DR GODWIN )
FARMS; QUARTERMAN PROPERTIES, LLC; )
TEN-SEVEN VENTURES, LLC; GHG, LLP; )
BON-RIC'S, INC.; FK & ASSOCIATES, )
LLC; GODWIN AND BARNES, A NORTH )
CAROLINA GENERAL PARTNERSHIP; F & )
H PARTNERSHIP; GODWIN MUSIC; )
GODWIN AMUSEMENT(S); RALEIGH )
AMUSEMENT(S); RALEIGH AMUSEMENT(S) )
COMPANY; DR FARMS; AND WHR/DRG. )

**ORDER GRANTING MOTION TO SEAL**

This matter is before the Court on the United States' Motion to Seal filed June 4, 2014. The Motion to Seal is GRANTED. Exhibit B to the United States' Ex Parte Motion (May 6, 2014), Exhibit B to the Court's May 6, 2014 Temporary Restraining Order, and Attachments A and B to the Younts' declaration, which is Exhibit A to the June 2, 2014 Motion for Pre-Indictment Restraining Order, shall be sealed. The United States may provide copies of them to law enforcement personnel as necessary to carry out its investigation.

SO ORDERED this 11 day of June, 2014.

THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE